1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17

PATRICK WILLIAMS,

                    Petitioner,

          v.

J. GASTELO, Warden,

                    Respondent.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:18-cv-01851-PA-JC

ORDER ACCEPTING FINDINGS,
CONCLUSIONS, AND
RECOMMENDATIONS OF
UNITED STATES MAGISTRATE
JUDGE

18
19
20
21
22
23

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of
Habeas Corpus by a Person in State Custody  ("Petition") and all of the records
herein, including the January 12, 2021 Report and Recommendation of United
States Magistrate Judge ("Report and Recommendation").  The Court approves
and accepts the Report and Recommendation.

24
25

        IT IS HEREBY ORDERED that the Petition is denied, this action is
dismissed with prejudice and Judgment be entered accordingly.

26
27
28

///
///
///

1        IT IS FURTHER ORDERED that the Clerk serve copies of this Order and

2   the Judgment herein on petitioner and on respondent's counsel.

3        IT IS SO ORDERED.

4

5   DATED: February 24, 2021

6

7   _____

8   HONORABLE PERCY ANDERSON
    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28